IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER EVERETT**                                      **PLAINTIFF**
**#84273**

**V.**             **NO. 4:22-cv-00086-KGB-ERE**

**JONES,** *et al.*                                                             **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Everett's claims has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, the parties may waive the right to appeal questions of fact.

**II.**      **Discussion**

Christopher Everett, formerly an inmate at the White County Detention Facility ("Detention Facility"), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*. Mr. Everett, who is proceeding *in forma pauperis*, alleges that Detention Facility officials Lieutenant Jones, Sergeant Barber, Corporal Frost, and

Corporal Crech were deliberately indifferent to his serious medical needs when they failed to provide him adequate medical care while he was having a seizure. *Doc. 4*.

On April 13, Mr. Everett filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 16*. In light of his release, it is unclear whether Mr. Everett is still entitled to proceed IFP.[1]

On July 19, 2022, the Court directed the Clerk of Court to send Mr. Everett a free-world IFP application and ordered him to either: (1) return a completed IFP application; or (2) pay the $402.00 filing fee.[2] *Doc. 21*. The Court's Order specifically warned Mr. Everett that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Everett has not submitted a free-world IFP application, and the time to do so has passed.

---

[1] According to the Court's records, Mr. Everett has not made any payments toward the filing fee that the Court assessed in February 2022. *Doc. 4*.

[2] Because Mr. Everett has been released, he no longer qualifies for the reduced fee of $350.00

## III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  Mr. Everett's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's July 19, 2022 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2.  The Clerk be instructed to close this case.

Dated this 23rd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE