# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTOPHER EVERETT**                                                                      **PLAINTIFF**
**ADC #84273**

**v.**                         **Case No. 4:22-cv-00086-KGB**

**JONES, Lieutenant,**
**White County Detention Center,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Christopher Everett's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 6th day of February, 2023.

                                                                                       _____
                                                                                       Kristine G. Baker
                                                                                      United States District Judge